**NEW ENGLAND REINSURANCE CORPORATION and First State Insurance Company, Plaintiffs/Counterdefendants/Appellants,**

**v.**

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Defendant/Counterclaimant/Appellee.**

**No. 86–6432.**

United States Court of Appeals, Ninth Circuit.

Oct. 2, 1987.

Erwin E. Adler, Los Angeles, Cal., for plaintiffs/counterdefendants/appellants.

Lawrence J. Bistany, Los Angeles, Cal., for defendant/counterclaimant/appellee.

Before PREGERSON, NELSON and WIGGINS, Circuit Judges.

### ORDER

Pursuant to the stipulation of the parties,

IT IS ORDERED:

(1) The court grants the petition of appellee for rehearing;

(2) the district court's ruling on the motion for summary judgment of National Union Fire Insurance Company of Pittsburgh is hereby vacated; and

(3) this court's opinion filed July 21, 1987, reversing the district court's order and remanding for proceedings consistent with the opinion is hereby vacated and withdrawn from publication.